E-FILED
Monday, 01 June, 2020  11:04:25 AM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  20-MJ- 6076 |
| | ) | |
| | ) | |
| | ) | |
| ROBERT J. MILLER | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 26, 2020__ in the county of __Peoria__ in the
__Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 922(g) | defendant herein, having knowingly been previously convicted under the laws of the State of Illinois of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, a firearm. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

s/Brendan Westart
*Complainant's signature*

BRENDAN WESTART, ATF TFO
*Printed name and title*

Sworn and subscribed to me telephonically pursuant to Fed. R. Crim. P. 41(d)(3) and Rule 4.1.

Date: 6/1/2020

s/Jonathan E. Hawley
*Judge's signature*

City and state:  Peoria, Illinois

Jonathan E. Hawley, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT
## IN SUPPORT OF CRIMINAL COMPLAINT

I.  Background

I, Task Force Officer Brendan Westart, (hereinafter "Your Affiant"), do hereby depose and state the following:

1. Your Affiant is a Task Force Officer of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter "ATF"). Your Affiant has been a law enforcement officer since January 2002.

2. This affidavit is submitted in support of a criminal complaint alleging that Robert MILLER violated Title 18, United States Code, Section 922(g) (Felon in Possession of a Firearm).

3. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me in this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

4. The statements contained within this Affidavit are based on: (a) my personal participation in this investigation; (b) information provided to me by other federal, state, and local law enforcement officers; (c) my training and experience and the training and experience of other law enforcement agents with whom I have spoken.

1

II.   Summary

5.   On May 26, 2020, Peoria Police Officers responded to the 200 block of East Arcadia Ave. Peoria, IL on a ShotSpotter alert of 10 rounds. While en-route to the scene, Peoria Police received information that there was a shooting victim. When officers arrived, they located Robert MILLER lying on the sidewalk in front of 202 E. Arcadia. MILLER was bleeding from his mouth and stated he had been shot. MILLER was holding a cellphone in his left hand and a set of keys in his right. MILLER was using his phone to broadcast video from "Facebook Live" when officers arrived. MILLER provided varying accounts of the incident to officers on scene while he was being evaluated and treated.

6.   Peoria Police Department Officer Danny Marx removed the keys from MILLER'S hand. Officer Marx activated the key fob which sounded the horn for a white Mercury four-door sedan that was parked in the street right next to Miller. An inquiry with a law enforcement database showed the vehicle belonged to MILLER. Several Officers observed bullet strikes on the driver's side of MILLER's vehicle. The vehicle also had fresh blood on the door frame, driver's seat, and passenger's seat. Officer Matheson Wood observed the rear sights of a handgun sticking out from underneath a hat on the passenger side seat.

7.   MILLER's vehicle was towed to the Peoria Police department and secured in the sally port pursuant to a request by Detective Scott Hulse. Detective Hulse then drafted a warrant to search the vehicle. The warrant was reviewed and signed by Judge

Asbury. While processing the vehicle Officer David Buss located a loaded firearm on the passenger side seat.

8. The firearm was a Springfield Armory XD-40, 40 cal. with the serial number #XD300240. There was one spent 9mm casing in the chamber and the magazine was loaded fourteen 9mm rounds.

9. MILLER is currently on federal supervised release in the Central District of Illinois, Case No. 09 CR 30039 (Springfield Division). MILLER has been released on supervised release since September 26, 2019. MILLER has been previously convicted of a crime punishable by more than one year in prison.

10. The firearm possessed by MILLER was manufactured outside of the state of Illinois.

s/Brendan Westart

Brendan Westart, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn and subscribed to before me this 1 day of June 2020:

s/Jonathan E. Hawley

Jonathan E. Hawley
United States Magistrate Judge
Peoria, Illinois

3